IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR427 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| WILLIAM BIRDHEAD, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's January 26, 2010 oral motion. The court, being fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED:

1. The Defendant shall be released to the custody of Nicole Birdhead on January 27, 2010 from the U.S. Marshal's Office.

2. The Defendant shall reside with Ms. Birdhead until placement in a treatment facility.

3. The Defendant shall report to and obtain from Catholic Charities in Omaha, Nebraska program screening no later than January 29, 2010.

4. The Defendant shall be on Phase I drug testing while released.

5. The Defendant shall participate in one NA/AA meeting daily.

6. All other conditions of supervision shall remain in full force and effect.

Dated the 26th day of January, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge